Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO LLP
7251 West Lake Mead Blvd., Suite 430
Las Vegas, NV  89128
Telephone: 725-248-2900
Facsimile:  725-248-2907

*Attorneys for Plaintiff*
*Arch Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.   2:21-CV-00723-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE AND REPLY TO MOTION FOR RECONSIDERATION OF ORDER ON MOTIONS FOR SUMMARY JUDGEMENT (ECF Nos. 16 and 17); REQUEST FOR STAY OF PROCEEDINGS (ECF. No. 26)** |

Plaintiff Arch Insurance Company ("Arch") and Defendant United Specialty Insurance Company, erroneously named as Knight Specialty Insurance Company ("USIC), by and through their attorneys (collectively, "Parties"), hereby stipulate and request that the Court extend the time for Arch to file a response, and USIC to file a reply, regarding USIC's Motion for Reconsideration of Order On Motions for Summary Judgement (ECF Nos. 16 and 17); Request for Stay of Proceedings (ECF No. 26) ( referred to collectively as "Motion") This is the Parties' first request to extend the briefing schedule relating to the Motion.

The Parties' stipulate and request that the Court extend the deadlines on the Motion as follows:

**STIPULATION**

1. WHEREAS, USIC filed the Motion on November 18, 2022 (ECF No. 26).

2. WHEREAS, Arch requested from USIC a 7-day extension to respond to the Motion due to the Thanksgiving Holiday and unavailability of counsel and client to communicate regarding the Motion.

3. WHEREAS, Arch agrees to a stay and/or withholding of any enforcement and/or collection efforts relating to the Court's October 24, 2022 summary judgment ruling (ECF No. 25) until after an Order is issued on the Motion.

4. WHEREAS, the Parties agree that Arch's response to the Motion will be filed and served on **December 9, 2022**.

5. WHEREAS, the Parties agree that USIC's reply in support of the Motion will be filed and served **December 16, 2022**.

Respectfully Submitted,

Dated:  November 22, 2022

| GUST ROSENFELD P.L.C. | CLYDE & CO LLP |
|---|---|
| /s/ Jennifer Kalvestran<br>Jennifer Kalvestran, Esq.<br>3651 Lindell Road, Suite D763<br>Las Vegas, NV 89103 | /s/ Dylan Todd<br>Amy M. Samberg, Esq.<br>Dylan P. Todd, Esq.<br>7251 West Lake Mead Blvd., Suite 430<br>Las Vegas, NV  89128 |
| *Attorneys for Defendant*<br>*United Specialty Insurance Company,*<br>*erroneously named as Knight Specialty*<br>*Insurance Company* | *Attorneys for Plaintiff*<br>*Arch Insurance Company* |

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court
DATED this 28th day of November, 2022.