Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128
Telephone: 725-248-2900
Facsimile: 213-358-7650
amy.samberg@clydeco.us
dylan.todd@clydeco.us
*Attorneys for Plaintiff*
*Arch Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri Corporation, | Case No. 2:21-CV-00723-RFB-BNW |
| v.                       Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware Corporation, | |
| Defendant. | |

Plaintiff, Arch Insurance Company ("Arch") and Defendant, United Specialty Insurance Company erroneously named as "Knight Specialty Insurance Company," ("USIC") by and through undersigned counsel, respectfully agree and stipulate that Plaintiff will dismiss its entire Complaint and all claims contained therein with prejudice as to Defendant.

Accordingly, the parties hereby agree and stipulate to dismiss Defendant from this action in its entirety.

Dated: May 6, 2026                         Dated: May 6, 2026

CLYDE & CO US LLP                    ANDERSON, McPHARLIN & CONNERS, LLP

*/s/ Dylan P. Todd*                            */s/ Jennifer C. Kalvestran*

Amy M. Samberg (NV Bar No. 10212)      Jennifer C. Kalvestran (NV Bar No. 14385)
Dylan P. Todd (NV Bar No. 10456)       707 Wilshire Boulevard, Suite 4000
7251 W. Lake Mead Blvd., Suite 430     Los Angeles, CA 90017-3623
Las Vegas NV  89128                    Telephone: 213-236-1684
Telephone: 725-248-2900                *Attorneys for Defendant,*
*Attorneys for Plaintiff,*             *United Specialty Insurance Company*
*Arch Insurance Company*               *erroneously named as "Knight Specialty*
                                       *Insurance Company"*

1

*Arch Insurance Company v. Knight Specialty Insurance Company*
*Case No.: 2:21-CV-00723-RFB-BNW*

**ORDER**

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS SO ORDERED** that Defendant United Specialty Insurance Company erroneously named as "Knight Specialty Insurance Company," ("USIC") is hereby dismissed with prejudice, each party to bear their own fees and costs.

**DATED**: May 8, 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

CLYDE & CO US LLP

*/s/ Dylan P. Todd*

Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
*Attorneys for Plaintiff*
*Arch Insurance Company*